FILED17 JUN '22 11:45USDC-ORP

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MICHAEL JAMES DEFREES<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:22-cr-00184-SI |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael James Defrees                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud
Bank Fraud
Money Laundering

Date:  05/17/2022

                                                                                       s/D. Norris
                                                                                    *Issuing officer's signature*

City and State:  Portland, Oregon                                   D. Norris, Deputy Clerk
                                                                                    *Printed name and title*

### Return

This warrant was received on *(date)*  5/17/2022  , and the person was arrested on *(date)*  6/15/2022
at *(city and state)*  Lake Havasu City, Arizona  .

Date:  6/17/2022

                                                                    Joshua Carpenter
                                                                    *Arresting officer's signature*

                                                                    Joshua Carpenter, Special Agent
                                                                    *Printed name and title*