**WHITNEY P. BOISE, OSB No. 851570**
Email: whitney@boisematthews.com
**BRIDGET M. DONEGAN, OSB No. 103753**
Email: bridget@boisematthews.com
BOISE MATTHEWS LLP
Fox Tower
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Fax: (503) 227-5984

Of Attorneys for Defendant Michael James DeFrees

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL JAMES DEFREES,** <br><br> Defendant. | Case No. 3:22-CR-00184-SI <br><br> **DECLARATION OF BRIDGET M. DONEGAN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE** |

I, BRIDGET M. DONEGAN, hereby declare and say:

1. I have been retained to represent defendant Michael James DeFrees.

2. Mr. DeFrees is out on pretrial release and in good contact with his attorneys.

3. Mr. DeFrees is charged via indictment with two counts of Wire Fraud, in violation of

18 U.S.C. §1343, one count of Bank Fraud, in violation of 18 U.S.C. §1344, and one count of Money

Laundering, in violation of 18 U.S.C. §1957.

Page 1 – DECLARATION OF BRIDGET M. DONEGAN IN SUPPORT
OF DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF TRIAL DATE

**BOISE MATTHEWS LLP**
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

4. Trial is currently scheduled for December 20, 2022.

5. Counsel is continuing to receive and review discovery from the government. Additional time is necessary to complete the discovery process, investigate the case, and prepare for plea negotiations and/or trial.

6. Counsel has spoken with Mr. DeFrees and Mr. DeFrees authorized counsel to waive his statutory and Constitutional speedy trial rights for this Court to grant the motion to continue so that counsel could complete the necessary work on his behalf.

7. Assistant United States Attorney Ryan Bounds has advised that the government has no objection to the allowance of this motion.

I hereby declare under penalty of perjury that the above statements are true to the best of my knowledge and belief.

DATED this 8th day of December, 2022.

*s/ Bridget M. Donegan*
BRIDGET M. DONEGAN, OSB #103753
bridget@boisematthews.com
(503) 228-0487
Of Attorneys for Defendant Michael James DeFrees

Page 2 – DECLARATION OF BRIDGET M. DONEGAN IN SUPPORT
OF DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF TRIAL DATE

**BOISE MATTHEWS LLP**
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF BRIDGET M. DONEGAN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE on the following attorney by electronic case filing a full and correct copy thereof on the 8th of December, 2022.

>Ryan W. Bounds
>Assistant United States Attorney
>1000 S.W. Third Avenue, Room 600
>Portland, OR 97204
>Ryan.Bounds@usdoj.gov

>BOISE MATTHEWS LLP

>*s/ Bridget M. Donegan*
>BRIDGET M. DONEGAN, OSB #103753
>bridget@boisematthews.com
>(503) 228-0487
>Of Attorneys for Defendant Michael James DeFrees

CERTIFICATE OF SERVICE

BOISE MATTHEWS LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984